IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| vs. | ) | No. 25-mj-2009DPR |
| BURTON CUMMINGS, | ) ) ) | |
| Defendant. | ) | |

## ENTRY OF APPEARANCE

Comes now Celeste Johns, Assistant Federal Public Defender, and hereby enters her appearance as counsel on behalf of defendant, Burton Cummings, in the above-entitled cause of action.

Respectfully submitted,

*/s/ Celeste Johns*
**CELESTE JOHNS #38495**
Assistant Federal Public Defender
901 St. Louis Street, suite 801
Springfield, Missouri 65806
(417) 873-9022
Attorney for Defendant

January 28, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of January, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which sent e-mail notification of such filing to all CM/ECF participants in this case.

*/s/ Celeste Johns*
**CELESTE JOHNS**